AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| IA BROWN, an individual, on behalf of herself, all others similarly situated, and the general public, <br><br> *Plaintiff(s)* <br> v. <br> AUDIOLOGY DISTRIBUTION, LLC, a Delaware limited liability company; (see attached) <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 2:22-CV-4271 DMG (MRWx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  AUDIOLOGY DISTRIBUTION, LLC, a Delaware limited liability company
11400 N JOG RD, STE 300
PALM BEACH GARDENS, FL 33418

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Paul T. Cullen, Esq. (#193575)
THE CULLEN LAW FIRM, APC
19360 Rinaldi Street, Box 647
Porter Ranch, CA 91326
Tel: (818) 360-2529
Fax: (866) 794-5741

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/23/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____            _____
                                *Server's signature*

                                _____
                                *Printed name and title*

                                _____
                                *Server's address*

Additional information regarding attempted service, etc:

Paul T. Cullen, Esq. (#193575)
THE CULLEN LAW FIRM, APC
19360 Rinaldi Street, Box 647
Porter Ranch, CA 91326
Tel: (818) 360-2529
Fax: (866) 794-5741
paul@cullenlegal.com

Attorneys for Plaintiff IA BROWN, individually on behalf of herself, all others similarly situated, and the general public

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IA BROWN, an individual, on behalf of herself, all others similarly situated, and the general public,<br><br>                Plaintiff,<br><br>   vs.<br><br>AUDIOLOGY DISTRIBUTION, LLC, a Delaware limited liability company; CRAIG CAMERON, an individual; HEARX WEST, INC, a California corporation; STEVE MAHON, an individual; TINO SCHWEIGHOEFER, an individual; HEARX WEST LLC, a Delaware limited liability company; WS AUDIOLOGY (CALIFORNIA), PC, a California professional corporation; SIVANTOS, INC., a Delaware corporation; and DOES 1 to 100, inclusive,<br><br>                Defendants. | CASE NO.: **2:22-cv-4271**<br><br>**INDIVIDUAL, CLASS, COLLECTIVE, AND REPRESENTATIVE ACTION** (Plaintiff Class and Plaintiff Collective Class)<br><br>COMPLAINT FOR DAMAGES, PENALTIES AND RESTITUTION for:<br>1.  FAILURE TO PAY OVERTIME); WAGES (29 U.S.C. §§ 206 et seq.)<br>2.  FAILURE TO PAY MINIMUM WAGES (*Lab. Code* § 1194);<br>3.  FAILURE TO PAY OVERTIME); WAGES (Lab. Code § 1194)<br>4.  FAILURE TO PROVIDE MEAL/REST BREAKS (*Lab. Code* § 226.7);<br>5.  FAILURE TO PROVIDE ACCURATE WAGE STATEMENTS (*Lab. Code* § 226(a));<br>6.  FAILURE TO TIMELY PAY ALL WAGES DUE AND *OWING* (Lab. Code § 203;<br>7.  UNFAIR BUSINESS PRACTICES (*B&PC* § 17200 *et seq*.)<br><br>DEMAND FOR JURY TRIAL |

COMPLAINT FOR DAMAGES, PENALTIES AND RESTITUTION

1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


IA BROWN v. AUDIOLOGY DISTRIBUTION, LLC, et al.

CASE NO:


**ATTACHMENT #2 TO SUMMONS**


**DEFENDANTS TO BE SERVED:**

CRAIG CAMERON
11400 North Jog Road, Suite 300
Palm Beach Gardens, FL 33418

HEARX WEST, INC, a California corporation
10455 Riverside Drive
Palm Beach Gardens, FL 33410


STEVE MAHON
10455 Riverside Drive
Palm Beach Gardens, FL 33410

TINO SCHWEIGHOEFER
10455 Riverside Drive
Palm Beach Gardens, FL 33410

HEARX WEST LLC, a Delaware limited liability company
11400 North Jog Road, Suite 300
Palm Beach Gardens, FL 33418

WS AUDIOLOGY (CALIFORNIA), PC, a California professional corporation
11400 North Jog Road, Suite 300
Palm Beach Gardens, FL 33418

SIVANTOS, INC., a Delaware corporation
10 Constitution Avenue
Piscataway, NJ 08855