# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IA BROWN. an individual, on behalf of herself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>AUDIOLOGY DISTRIBUTION, LLC, a Delaware limited liability company; CRAIG CAMERON, an individual; HEARX WEST, INC., A California corporation; STEVE MAHON, an individual; TINO SCHWEIGHOEFER, an individual; HEARX WEST LLC, a Delaware limited liability company; WS AUDIOLOGY (CALIFORNIA), PC, A California professional corporation; SIVANTOS, INC., a Delaware corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. CV 22-4271-DMG (MRWx)<br><br>**ORDER GRANTING MOTION FOR ATTORNEYS FEES [44]** |

Having considered Plaintiffs' unopposed motion for attorneys' fees, and for the reasons set forth herein and in the Court's final approval order, the Court hereby **GRANTS** the motion finding as follows:

1. Class Counsel Paul T. Cullen's request for a 33 1/3 percentage fee award, i.e., one third of the $1.8 million gross settlement or $600,000, is reasonable and hereby approved.

2. Class Counsel's lodestar is $362,230.00. Class Counsel's Lodestar is supported by the evidentiary record, in which Class Counsel's billing records demonstrate that, as of the date of the filing of the motion for fees, Class Counsel had already devoted 299.3 hours to achieve the Settlement before the Court and anticipated spending an additional 30 hours on the case.

3. With a modest multiplier of 1.66, multiplied against the hours already expended plus the additional 30 hours of work Class Counsel anticipates performing, Class Counsel's request is both reasonable and fair.

4. Class Counsel's rate of $1,100 per hour is reasonable in the prevailing market of Los Angeles for litigators with the experience and expertise exhibited by Class Counsel in this case.

5. No objections have been made by any person to Class Counsel's fee request.

6. The fee request is also well supported by the results obtained in this Settlement on behalf of the Class and subclasses.

7. The fee is further supported by the following factors, all of which are evidenced by Plaintiff's motion and the supporting declarations of Class Counsel and the Claims Administrator:

    a. the risk undertaken by Class Counsel;

    b. the efficiency, experience, and skill of counsel;

    c. the efforts expended by counsel;

    d. the contingent nature of the fee;

    e. the awards in similar cases and Class Counsel's reasonable expectations;

  f. the preclusion of other employment; and,

  g. the reaction of the Class to the proposed Settlement.

The Court further finds that Class Counsel's costs in the amount of $6,319, which are supported by the Declaration of Class Counsel submitted in connection with the motion for fees, were necessarily incurred in the furtherance of the objectives of this litigation. Defendants have agreed to reimburse Class Counsel for expenses incurred up to $10,000. As such, the Court hereby orders that Class Counsel shall be reimbursed for $6,319 in costs in addition to the $600,000 in fees requested.

**IT IS SO ORDERED.**

DATED: December 11, 2024

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE